Albert King
P. O. Box 2453
Toledo, OH 43606
Email albertjoy@yahoo.com

# 15-May-24

**To:**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

**Attenion:** Jeffrey J. Helmick United States District Judge

*Case No. 3:22-cv-366*

Albert King,                Plaintiff,

v.

Penske Collision, et al.,      Defendants.

**Ref:**  to the above case status and update

This is an update on the above case,

I am very much sincere in continuing to pursue my case.

However, I have a medical issue going on which has slowed down the process on me working on my case.

The medical issue that I have is *a wired-up broken Jaw for the foreseeable next 8 weeks* and no audibility.

Again I am very much sincere in moving forward on my above case.

**Sincerely,**

*Albert King*

**Albert King**