UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Albert King,                                                                Case No. 3:22-cv-366

              Plaintiff

v.                                                                   ORDER

Penske Truck Leasing Co., L.P.,

              Defendant.

On August 7, 2024, I held a telephone status conference on the record with *pro se* Plaintiff Albert King and counsel for Defendant in this case. During that conference, for the reasons stated on the record, I denied Defendant's oral motion to dismiss this case for want of prosecution.

Defendant shall send its request for written discovery to Plaintiff by August 9, 2024. Plaintiff must provide Defendant with the documents and records Defendant requests by September 30, 2024. If Plaintiff does not comply with Defendant's discovery request by this deadline, he may be subject to sanctions, including the possible dismissal of his case. Further, if Plaintiff does not comply with Defendant's discovery request by this deadline, Defendant may file a motion to dismiss this case for want of prosecution. To be clear, if Plaintiff fails to comply with Defendant's discovery request by September 30, 2024, he risks the dismissal of his case.

In addition, I set the following briefing schedule:

1) Defendant to file its motion for summary judgment by October 31, 2024;

2) Plaintiff to file his brief opposing summary judgment by December 20, 2024; and

3) Defendant to file any brief in reply by January 10, 2025.

So Ordered.

                                                                   s/ Jeffrey J. Helmick
                                                                   United States District Judge