# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALBERT KING, | ) Case No. 3:22 CV 366 |
| Plaintiff, | ) Judge Helmick |
| -vs- | ) **CERTIFICATE OF SERVICE** |
| PENSKE TRUCK LEASING CO., L.P., | ) |
| Defendant. | ) |

\* \* \*

The undersigned hereby certifies that on August 9, 2024, a letter regarding Defendant's request for production of outstanding supplemental discovery was served by regular mail at PO Box 2453, Toledo, Ohio 43606 and electronic mail at albertjoy@yahoo.com upon Plaintiff Albert King, Pro Se.

Respectfully submitted,

*/s/ Rebecca E. Shope*
Rebecca E. Shope (Ohio Bar #0083942)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43624
Telephone: (419) 241-9000
Fax: (419) 241-6894
E-mail: rshope@shumaker.com

***Attorneys for Defendant***

31134843v1

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served via mail and electronic mail on this 9th day of August, 2024 to the following:

>Albert King
>PO Box 2453
>Toledo, Ohio 43606
>albertjoy@yahoo.com

>*/s/ Rebecca E. Shope*
>Rebecca E. Shope (Ohio Bar #0083942)
>SHUMAKER, LOOP & KENDRICK, LLP
>
>*Attorneys for Defendant*